George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Debtor(s)

## UNITED STATES BANKRUTPCY COURT

## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
|  | Case No. 25-12587 |
| Gail D. Miller | Judge: MBK |
| Debtor(s) | Hearing Date: May 14, 2025 |

## MOTION TO APPROVE LOSS MITIGATION

PLEASE TAKE NOTICE that on May 14, 2025 at 9:00 a.m., or as soon thereafter as counsel may be heard, the undersigned attorney for the Debtor, Gail D. Miller will move before the Honorable, Michael B. Kaplan U.S.B.J., at the United States Bankruptcy Court, located at the United States Courthouse, 402 East State Street, Room #8, Trenton, New Jersey for an Order to Approve Loss Mitigation.

PLEASE TAKE FURTHER NOTICE that any opposition to the Motion must be in writing and filed with the Clerk of the Court, with a copy served upon Movant's counsel, whose name and address are set forth above, within the time required by the rules governing the Court.

PLEASE TAKE FURTHER NOTICE that if written opposition is not timely filed and served this Motion shall be deemed uncontested and the relief requested may be granted without the need for a hearing

PLEASE TAKE FURTHER NOTICE that in support of the Motion, the Attorney for Debtors would rely upon the Certification attached hereto.

A proposed form of Order is also filed and served herewith.

A statement as to Why No Brief is Necessary is also attached

Movant requested oral argument only if written opposition is timely filed and served.

                                            VEITENGRUBER LAW LLC

Dated: April 14, 2025                      By: /s/ George E. Veitengruber, III
George E. Veitengruber, III, Esq.
SBN# 015532003
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
bankruptcy@veitengruberlaw.com