George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
bankruptcy@veitengruberlaw.com
Attorneys for Debtor(s)

**UNITED STATES BANKRUTPCY COURT**

**DISTRICT OF NEW JERSEY**

| In re: | Chapter 13 |
|---|---|
| Gail D. Miller | Case No. 25-12587 |
| | Judge: MBK |
| Debtor(s) | Hearing Date: May 14, 2025 |

**STATEMENT AS TO WHY NO BRIEF IS NECESSARY**

The undersigned believes that the issues involved in this Motion are straightforward and contains no complicated issues of law or fact and, therefore, no Brief is required.

VEITENGRUBER LAW LLC

Dated: April 14, 2025

By: /s/ George E. Veitengruber, III
George E. Veitengruber, III, Esq.
SBN# 015532003
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
bankruptcy@veitengruberlaw.com