UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

In Re:

Gail D. Miller

Case No.: 25-12587

Chapter: 13

Adv. No.:

Hearing Date: 5/14/2025

Judge: MBK

## CERTIFICATION OF SERVICE

1. I, George E. Veitengruber :

    ☒ represent  Debtor  in the this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in the this matter.

    ☐ am the _____ in the this case and am representing myself.

2. On  April 14, 2025 , I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Motion to Participate in Loss Mitigation Program

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: April 14, 2025

/s/ George E, Veitengruber, III, Esq.
Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| ALBERT RUSSO<br>CHAPTER 13 STANDING TRUSTEE<br>/US Trustee Office<br>CN 4853<br>Trenton, NJ 08650 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| Office of U.S. Trustee<br>One Newark Center<br>Newark, NJ 07102 | US Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| PNC Mortgage<br>Attn: Managing Agent<br>P.O. Box 8819<br>Dayton, OH 45401 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |
| KML Law Group<br>701 Market St<br>#5000<br>Philadelphia, PA 19106 | Attorney for: PNC Bank | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other _____<br>(as authorized by the court *) |