Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12587−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Gail D. Miller
 aka Gail D Aherne−Miller
 191 Silverside Avenue
 Little Silver, NJ 07739

Social Security No.:
 xxx−xx−8069

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on June 30, 2025.

Dated: July 1, 2025
JAN: wiq

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-12587-MBK |
| Gail D. Miller | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 01, 2025 | Form ID: plncf13 | Total Noticed: 19 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail D. Miller, 191 Silverside Avenue, Little Silver, NJ 07739-1752 |
| 520584087 | | Lyons, Daughty Veldhuis PC, Five Greentree Center, 528 Route 73, Marlton, NJ 08053 |
| 520584864 | + | Robert Miller, 1627 Route 517, Suite 328, Hackettstown, NJ 07840-2718 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 01 2025 21:27:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 01 2025 21:27:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520625213 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2025 21:27:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520584083 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 01 2025 21:27:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520584084 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 01 2025 21:26:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 520642890 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 01 2025 21:26:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520584085 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 01 2025 21:45:23 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520584086 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 01 2025 21:27:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520584092 | ^ | MEBN | Jul 01 2025 21:26:34 | KML Law Group, 701 Market St, #5000, Philadelphia, PA 19106-1541 |
| 520634275 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 01 2025 21:26:00 | JPMorgan Chase Bank, N.A., McCalla Raymer Leibert Pierce, LLP c/o J, 1544 Old Alabama Road, Roswell GA 30076 |
| 520584089 | + | Email/Text: bnc@nordstrom.com | Jul 01 2025 21:27:50 | Nordstorm, 1617 Sixth Avenue, 6th Floor, Seattle, WA 98101-1707 |
| 520619542 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2025 21:26:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520584090 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 01 2025 21:26:00 | PNC Mortgage, P.O. Box 8819, Dayton, OH 45401 |
| 520584088 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 01 2025 21:26:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520584091 | + | Email/Text: bankruptcy@td.com | | |

| | | | |
|---|---|---|---|
| | | Jul 01 2025 21:27:00 | TD Bank, P.O. Box 1448, Greenville, SC 29602-1448 |
| 520591868 | ^ MEBN | Jul 01 2025 21:26:47 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 16

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 03, 2025         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Gail D. Miller bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4