Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 25−12587−MBK
        Chapter: 13
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Gail D. Miller
   aka Gail D Aherne−Miller
   191 Silverside Avenue
   Little Silver, NJ 07739

Social Security No.:
   xxx−xx−8069

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on July 3, 2025.

Dated: July 3, 2025
JAN: wiq

                Jeanne Naughton
                Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-12587-MBK
Gail D. Miller                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 2
Date Rcvd: Jul 03, 2025          Form ID: plncf13          Total Noticed: 19

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 05, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail D. Miller, 191 Silverside Avenue, Little Silver, NJ 07739-1752 |
| 520584087 | | Lyons, Daughty Veldhuis PC, Five Greentree Center, 528 Route 73, Marlton, NJ 08053 |
| 520584864 | + | Robert Miller, 1627 Route 517, Suite 328, Hackettstown, NJ 07840-2718 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jul 03 2025 20:39:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jul 03 2025 20:39:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520625213 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 03 2025 20:39:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520584083 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 03 2025 20:39:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520584084 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 03 2025 20:37:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 520642890 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jul 03 2025 20:37:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520584085 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 03 2025 20:46:13 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520584086 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 03 2025 20:38:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520584092 | ^ | MEBN | Jul 03 2025 20:37:38 | KML Law Group, 701 Market St, #5000, Philadelphia, PA 19106-1541 |
| 520634275 | | Email/Text: BankruptcyECFMail@mccalla.com | Jul 03 2025 20:38:00 | JPMorgan Chase Bank, N.A., McCalla Raymer Leibert Pierce, LLP c/o J, 1544 Old Alabama Road, Roswell GA 30076 |
| 520584089 | + | Email/Text: bnc@nordstrom.com | Jul 03 2025 20:38:43 | Nordstorm, 1617 Sixth Avenue, 6th Floor, Seattle, WA 98101-1707 |
| 520619542 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 03 2025 20:38:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520584090 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 03 2025 20:38:00 | PNC Mortgage, P.O. Box 8819, Dayton, OH 45401 |
| 520584088 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Jul 03 2025 20:38:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520584091 | + | Email/Text: bankruptcy@td.com | | |

Case 25-12587-MBK    Doc 29    Filed 07/05/25    Entered 07/06/25 00:17:50    Desc Imaged
Certificate of Notice    Page 3 of 3

| District/off: 0312-3 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 03, 2025 | Form ID: plncf13 | Total Noticed: 19 |

| | | | |
|---|---|---|---|
| | Jul 03 2025 20:39:00 | TD Bank, P.O. Box 1448, Greenville, SC 29602-1448 | |
| 520591868    ^    MEBN | Jul 03 2025 20:36:01 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 | |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 05, 2025              Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| George E Veitengruber, III | on behalf of Debtor Gail D. Miller bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 4