UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                            Bankr. Case No. 25-12587 MBK

Gail D. Miller                                                    Chapter 13

     Debtor(s)

**REQUEST FOR NOTICE**

    Pursuant to Rule 2002(g), ACAR Leasing LTD d/b/a GM Financial Leasing hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        ACAR Leasing LTD d/b/a GM Financial Leasing
        PO Box 183853
        Arlington, TX  76096

By  /s/  Lorenzo Nunez

        Lorenzo Nunez
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        LeaseSvcBnkrpcy@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:                                                    Bankr. Case No. 25-12587 MBK

Gail D. Miller                                                              Chapter 13
        Debtor(s)

**Certificate of Service**

This Request for Notice was sent via first class mail to, or served electronically on, the following individuals on August 20, 2025 :

George E Veitengruber, III                    Albert Russo
Veitengruber Law LLC                          CN 4853
1720 Hwy 34                                   Trenton, NJ 08650
Suite 10
Wall, NJ 07727

                                   By  /s/ Lorenzo Nunez
                                       Lorenzo Nunez

xxxxx91127 / 1109382