Office Mailing Address:
Albert Russo, Trustee
Standing Chapter 13 Trustee
PO Box 4853
Trenton, NJ  08650-4853

Send Payments **ONLY** to:
Albert Russo, Trustee
PO Box 933
Memphis, TN  38101-0933

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/19/2026
**Chapter 13 Case No. 25-12587 / MBK**

Gail D. Miller

Petition Filed Date: 03/13/2025
341 Hearing Date: 04/10/2025
Confirmation Date: 06/25/2025

Case Status: Open / Confirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2025 | $542.00 | I13RG0JD6L-P | 05/06/2025 | $542.00 | I1XML5MPFH-I | 06/10/2025 | $542.00 | I193LRZF40-PI |
| 07/14/2025 | $542.00 | I1DDLZ5N57-F | 08/06/2025 | $542.00 | I1P5F91C0C-P | 08/26/2025 | $542.00 | I1PBFR3WB1-I |
| 10/15/2025 | $542.00 | I12NFTBP49-P | 11/18/2025 | $542.00 | I112S8HDMG-I | 12/15/2025 | $542.00 | I189S7CWZF-F |
| 01/16/2026 | $542.00 | I85GCKWS33- | 02/17/2026 | $542.00 | I8MYB92CH4-F | | | |

**Total Receipts for the Period:  $5,962.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing:  $5,962.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | Gail D. Miller | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 0 | George E. Veitengruber, III, Esq. »» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE »» 2024 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | TD BANK,NA | Unsecured Creditors | $4,783.03 | $96.74 | $4,686.29 |
| 3 | PNC BANK, NA »» 191 SILVERSIDE AVE/1ST MTG/ORDER 5/20/25 | Mortgage Arrears   No Disbursements: Pending Loan Mod. | $202,651.30 | $0.00 | $202,651.30 |
| 4 | ACAR Leasing LTD d/b/a GM Financial Leasing »» 2023 BUICK ENCOR GX PR/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $66,586.80 | $1,346.86 | $65,239.94 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $1,860.96 | $24.89 | $1,836.07 |

**Chapter 13 Case No. 25-12587 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/19/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,962.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $4,468.49 | Current Monthly Payment: | $542.00 |
| Paid to Trustee: | $476.97 | Arrearages: | $0.00 |
| Funds on Hand: | $1,016.54 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
**Visit www.TFSBillPay.com for more  information.**

**View your case information online for** *FREE***!  Register today at www.ndc.org or**
**scan this code to get started.**

