| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ  08650-4853 | Memphis, TN  38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2025 to 02/25/2026
**Chapter 13 Case No. 25-12587 / MBK**

| | |
|---|---|
| Gail D. Miller | Petition Filed Date: 03/13/2025 |
| 191 Silverside Avenue | 341 Hearing Date: 04/10/2025 |
| Little Silver, NJ   07739 | Confirmation Date: 06/25/2025 |

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 04/16/2025 | $542.00 | ePay | 05/06/2025 | $542.00 | ePay | 06/10/2025 | $542.00 | ePay |
| 07/14/2025 | $542.00 | ePay | 08/06/2025 | $542.00 | ePay | 08/26/2025 | $542.00 | ePay |
| 10/15/2025 | $542.00 | ePay | 11/18/2025 | $542.00 | ePay | 12/15/2025 | $542.00 | ePay |
| 01/16/2026 | $542.00 | ePay | 02/17/2026 | $542.00 | ePay | | | |

**Total Receipts for Period: $5,962.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $5,962.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | Gail D. Miller | Debtor Refund | $0.00 | $0.00 | $0.00 |
| | George E. Veitengruber, III, Esq.<br>»» ATTY DISCLOSURE | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |
| 1 | INTERNAL REVENUE SERVICE<br>»» 2024 | Priority Crediors | $0.00 | $0.00 | $0.00 |
| 2 | TD BANK,NA | Unsecured Creditors | $4,783.03 | $96.74 | $4,686.29 |
| 3 | PNC BANK, NA<br>»» 191 SILVERSIDE AVE/1ST MTG/ORDER 5/20/2! | Mortgage Arrears<br>No Disbursements: Pending Loan Mod. | $202,651.30 | $0.00 | $202,651.30 |
| 4 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>»» 2023 BUICK ENCOR GX PR/LEASE | Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| 5 | JPMORGAN CHASE BANK, NA | Unsecured Creditors | $66,586.80 | $1,346.86 | $65,239.94 |
| 6 | BANK OF AMERICA | Unsecured Creditors | $1,860.96 | $24.89 | $1,836.07 |

**Chapter 13 Case No. 25-12587 / MBK**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 2/25/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $5,962.00 | Percent to General Unsecured Creditors: 100% | |
| Paid to Claims: | $4,468.49 | Current Monthly Payment: | $542.00 |
| Paid to Trustee: | $476.97 | Arrearages: | $0.00 |
| Funds on Hand: | $1,016.54 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.tfsbillpay.com to register!**

**View your case information online for** *FREE*! **Register today at www.ndc.org or scan this code to get started!**



EOF