Form 185 − ntc13plnafter

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 25−12587−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Gail D. Miller
aka Gail D Aherne−Miller
191 Silverside Avenue
Little Silver, NJ 07739

Social Security No.:
xxx−xx−8069

Employer's Tax I.D. No.:

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on July 3, 2025.

On September 28, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: December 2, 2026
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: September 29, 2026
JAN: mrg

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-12587-MBK
Gail D. Miller Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3 User: admin Page 1 of 2
Date Rcvd: Sep 29, 2026 Form ID: 185 Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gail D. Miller, 191 Silverside Avenue, Little Silver, NJ 07739-1752 |
| 520584087 | | Lyons, Daughty Veldhuis PC, Five Greentree Center, 528 Route 73, Marlton, NJ 08053 |
| 520584864 | + | Robert Miller, 1627 Route 517, Suite 328, Hackettstown, NJ 07840-2718 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 29 2026 21:48:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 29 2026 21:48:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 29 2026 21:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, 4000 Embarcadero Dr., Arlington, TX 76014-4101 |
| 520625213 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 29 2026 21:48:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520584083 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 29 2026 21:48:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520584084 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 29 2026 21:46:00 | Bank of America, P.O. Box 15019, Wilmington, DE 19886 |
| 520642890 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 29 2026 21:46:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520584085 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 29 2026 21:55:02 | Capital One, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 520584086 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 29 2026 21:48:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 520584092 | ^ | MEBN | Sep 29 2026 21:42:45 | KML Law Group, 701 Market St, #5000, Philadelphia, PA 19106-1541 |
| 520634275 | | Email/Text: BankruptcyECFMail@mccalla.com | Sep 29 2026 21:47:00 | JPMorgan Chase Bank, N.A., McCalla Raymer Leibert Pierce, LLP c/o J, 1544 Old Alabama Road, Roswell GA 30076 |
| 520584089 | + | Email/Text: bankruptcy@td.com | Sep 29 2026 21:48:00 | Nordstorm, 1617 Sixth Avenue, 6th Floor, Seattle, WA 98101-1707 |
| 520619542 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2026 21:47:00 | PNC Bank, NA., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 520584090 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 29 2026 21:47:00 | PNC Mortgage, P.O. Box 8819, Dayton, OH 45401 |
| 520584088 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 29 2026 21:47:00 | NJ Division of Taxation, Bankruptcy Section, P.O. Box 245, Trenton, NJ 08695 |
| 520584091 | + | Email/Text: bankruptcy@td.com | Sep 29 2026 21:48:00 | TD Bank, P.O. Box 1448, Greenville, SC 29602-1448 |
| 520591868 | ^ | MEBN | Sep 29 2026 21:44:05 | TD Bank, N.A., PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 17

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 521291733 | *+ | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 520810615 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| George E Veitengruber, III | on behalf of Debtor Gail D. Miller bankruptcy@veitengruberlaw.com knapolitano15@gmail.com |
| Matthew K. Fissel | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 6